■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMANUEL SANDOVAL, Appellant. [922 NYS2d 218]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Steven Lloyd Barrett, J.), rendered on or about March 25, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Friedman, Acosta, DeGrasse and Román, JJ.